UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMIR BESKURT,

   Petitioner,

  v.

DEPARTMENT OF HOMELAND SECURITY, *et al*.,

   Respondents.

CASE NO. C11-1169-MJP-MAT

ORDER

Petitioner has requested that the Court allow him to amend his reply brief to correct several typographical errors contained in his originally submitted reply. (Dkt. 20.) The Court, having considered petitioner's motion, hereby ORDERS:

(1) Petitioner's Motion to Amend Reply to Respondents' Opposition to Motion for Preliminary Injunction and Request for Stay (Dkt. 20) is GRANTED.

(2) The Clerk shall direct a copy of this Order to all counsel of record.

DATED this <u>30th</u> day of August, 2011.

               /s/ Mary Alice Theiler
               Mary Alice Theiler
               United States Magistrate Judge